**Order entered April 15, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-19-01190-CV**

**JAMES MCCOLLUM AND FRANK D. MCCOLLUM, III, Appellants**

**V.**

**U.S. BANK NATIONAL ASSOCIATIONS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-03726-C**

**ORDER**

Before the Court are the motions of appellant Frank D. McCollum, III for emergency relief to suspend enforcement of the trial court's judgment and for an extension of time to file his brief on the merits. By opinion dated with today's date, the Court dismissed this appeal for want of jurisdiction. Accordingly, we **DENY** the motions as moot.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE